DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANGELO PIRONE,**
Appellant,

v.

**MEGAN PIRONE,**
Appellee.

No. 4D2026-0737

[July 16, 2026]

Appeal of nonfinal order from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert E. Stone, Jr., Judge; L.T. Case No. 562025DR001345AXXXHC.

Leanne L. Ohle of Ohle & Ohle, Stuart, for appellant.

Kevin M. Rollin of Napier & Rollin, PLLC, Vero Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, GERBER and LOTT, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***